[No. 58300-0-I. Division One. December 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, V. JACOB LEVEA TAGOAI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-10684-7, LeRoy McCullough, J., entered May 8, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Ellington, J., concurred in by Grosse and Dwyer, JJ.

[No. 58799-4-I. Division One. December 24, 2007.]

*In the Matter of the Dependency of* C.N.

MICHAEL GOODALL, *Petitioner*, V. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-7-00258-5, Margaret T. Sassaman, J. Pro Tem., entered August 15, 2006. *Affirmed* by unpublished opinion per Schindler, A.C.J., concurred in by Coleman and Grosse, JJ.

[No. 58985-7-I. Division One. December 24, 2007.]

N. BRETT ALKAN, *Appellant*, V. ROBERT WHEELER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-28468-4, Douglass A. North, J., entered October 5, 2006. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Cox, JJ.

[No. 59006-5-I. Division One. December 24, 2007.]

STACIA REYNA, *Respondent*, V. JOSEPH FRAUSTO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-5-00502-5, Mary Yu, J., entered September 22, 2006. *Reversed* by unpublished per curiam opinion.